# United States Court of Appeals
## For the First Circuit

---

No. 01-1636

PURE DISTRIBUTORS, INC. D/B/A ENVION INTERNATIONAL
AND MATTHEW J. FREESE,

Plaintiffs, Appellants,

v.

CHRISTOPHER P. BAKER,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on April 9, 2002, is amended as follows:

On p.5, l. 21: Insert "to" between "right" and "develop".

On p.13, l. 6 of note 5: Replace "this" with "that".